**Order filed June 20, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-13-00278-CV

————————

**GIL RAMIREZ AND MARIACHI BAR & GRILL LLC, Appellant**

**V.**

**COCA-COLA REFRESHMENTS USA, INC. FKA COCA-COLA ENTERPRISES, INC., Appellee**

On Appeal from the Co Civil Ct at Law No 4
Harris County, Texas
Trial Court Cause No. 1017216

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of the clerk's record for Gil Ramirez and Mariachi Bar and Grill, LLC v. Coca-Cola Refreshments USA, Inc. (Trial Court Cause Number 1017216).

The clerk of the Co Civil Ct at Law No 4 is directed to deliver to the Clerk of this court the original of the clerk's record, on or before July 1, 2013. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of the clerk's record, to the clerk of the Co Civil Ct at Law No 4.

PER CURIAM